WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gene Edward Scott, II,<br><br>    Plaintiff,<br><br>v.<br><br>Hertz,<br><br>    Defendant. | No. CV-19-04800-PHX-ESW<br><br>**ORDER** |

Pending before the Court are "Plaintiff's Motion to Dismiss this Case Without Fault" (Doc. 8), "Plaintiff's Motion to Dismiss this Case" (Doc. 9), and "Plaintiff Motion to Reopen Case and to Appear at Hearing and to Your Granting Plaintiff's Previous Motions" (Doc. 10). As the Court previously explained to the Plaintiff, all motions and pleadings must be signed by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a). (Doc. 6 at 3). Plaintiff's motions are not signed. The motions do not state with particularity the grounds for seeking an order or the relief sought. Fed. R. Civ. P. 7(b)(1). The only information provided to the Court is a title from which the Court must infer authorship, grounds, and relief. The Federal Rules of Civil Procedure do not permit such deficient filings.

**IT IS ORDERED** striking Plaintiff's Motions (Docs. 8, 9, 10).

Dated this 23rd day of August, 2019.

                                                            Eileen S. Willett
                                                           United States Magistrate Judge